CARL CONE v. STATE OF FLORIDA

| | |
|---|---|
| 22 So. (2nd) 156 | January Term, 1945 |
| May 11, 1945 | Division A |
| Rehearing denied May 31, 1945 | |

*Zack H. Douglas* and *J. C. Adkins,* for appellant.

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General, and *Cecil T. Farrington,* Special Assistant Attorney General, for appellee.

PER CURIAM:

The judgment appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.